IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PINNACLE REALTY
MANAGEMENT, agent of
St. Ives Crossing Apts,

   Plaintiff,

  v.

DERRICK YOUNG
AND ALL OTHER OCCUPANTS,

   Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-3590-TWT

**ORDER**

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the case to the Magistrate Court of Henry County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Henry County.

SO ORDERED, this 27 day of October, 2016.

                                   /s/Thomas W. Thrash
                                   THOMAS W. THRASH, JR.
                                   United States District Judge